of Rule No. 2-35 of this court. Certified copies of all pleadings, orders, and entries pertaining to the subject matter must be set out in the petition or made exhibits thereto. The petition wholly fails to comply with the above requirements. *State ex rel. Hunt* v. *Heil, Judge* (1951), 229 Ind. 250, 97 N. E. 2d 634.

The issuance of an alternative writ of mandate is denied.

NOTE.—Reported in 98 N. E. 2d 504.

STATE EX REL. MYERS *v.* PYLE, JUDGE.

[No. 28,781. Filed May 1, 1951.]

*George S. Myers, pro se.*

PER CURIAM.—The relator, appearing pro se, files what he designates as a verified petition for an alternative writ of mandate to compel certain action by the respondent judge.

The relief sought relates to a proceeding in an in-

ferior court, but wholly fails to comply with the requirements of Rule 2-35.

The issuance of the writ is denied.

NOTE.—Reported in 98 N. E. 2d 369.

STATE EX REL. EDWARDS *v.* MURRAY, JUDGE.

[No. 28,782. Filed May 1, 1951.]

*James Edwards, pro se.*

PER CURIAM.—The relator, appearing pro se, files what he designates as a verified petition for an alternative writ of mandate to compel certain action by the respondent judge.

The relief sought relates to a proceeding in an inferior court, but wholly fails to comply with the requirements of Rule 2-35.

The issuance of the writ is denied.

NOTE.—Reported in 98 N. E. 2d 368.